EDWIN L. WIEGAND COMPANY, Appellant, v. Casper W. OOMS, Commissioner of Patents, Appellee.

No. 9135.

United States Court of Appeals.

District of Columbia.

Argued Nov. 22, 1946.

Decided Dec. 9, 1946.

Mr. Hadley F. Freeman, of Pittsburgh, Pa., with whom Mr. Nelson J. Jewett, of Washington, D. C., was on the brief, for appellant.

Mr. W. W. Cochran, Solicitor, United States Patent Office, of Washington, D. C., with whom Mr. E. L. Reynolds, United States Patent Office, of Washington, D. C., was on the brief, for appellee.

Before EDGERTON, CLARK, and WILBUR K. MILLER, Associate Justices.

PER CURIAM.

It seems to us that the evidence affords a rational basis for the decision of the District Court which upheld the action of the Patent Office. Consequently we think the judgment of the District Court is correct.

Affirmed.